UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAWN D'AGUILAR,

                      Plaintiff,

    -against-                              24cv4498 (LTS)

US BANK TRUST NA LSF9 MASTER
PARTICIPATION TRUST,                CIVIL JUDGMENT

                      Defendant.

    For the reasons stated in the August 6, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 9, 2024
           New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge